**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-CV-0178-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 7, 2015 |
| | ) | |
| N. YOUNG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for order compelling discovery (#23). Defendants filed an opposition (#25), and no reply was filed.

Plaintiff's motion to compel (#23) is **DENIED**. Plaintiff failed to meet and confer with opposing counsel and failed to provide certification that he was unable to resolve the matter without court action pursuant to Fed.R.Civ.P. 37 and LR 26-7(b). *Shuffle Master, Inc. v. Progressive Games, Inc.* 170 F.R.D. 166, 170 (D.C. Nev. 1996) (certification must "accurately and specifically convey to the court who, where, how, and when the respective parties attempted to personally resolve the discovery dispute.")

Moreover, the court finds that plaintiff's request for production of documents number three is overly broad and burdensome.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk
