## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-CV-0178-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 31, 2015 |
| | ) | |
| N. YOUNG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for a copy of the screening order of plaintiff's first amended complaint (#32) is **DENIED as moot**.  Defendants filed a notice of non-opposition (#16) to plaintiff's motion for leave to file first amended complaint (#13).  Therefore, the motion to amend was granted (#20), plaintiff's first amended complaint was filed (#21), and defendants filed an answer (#22). Presently pending before this court are defendants' and plaintiff's motions for summary judgment (#s 36 & 37).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:                    /s/
                    Deputy Clerk