UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-CV-0178-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 7, 2015 |
| | ) | |
| N. YOUNG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for extension of time (#40) is **GRANTED in part** and **DENIED in part**. Plaintiff shall have to and including **Wednesday, May 20, 2015** to file an opposition to defendants' motion for summary judgment. Plaintiff's request for a hearing on his motion for enlargement of time is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
Deputy Clerk