UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-CV-0178-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 5, 2015 |
| | ) | |
| N. YOUNG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for summary judgment (#38); however, he failed to attach copies of his exhibits A – M because he has exceeded his copywork limit. Plaintiff has filed a motion for copywork extension (#45). Defendant has filed a limited opposition (#47).

Plaintiff's motion for copywork extension (#45) is **GRANTED in part**. The court will allow plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $10.00 in order to copy and file his exhibits A – M to his motion for summary judgment. The additional $10.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available. The court cautions plaintiff that he should carefully consider the documents he intends to copy as exhibits as the court will not allow plaintiff to exceed the copy limit by more than $10.00 under any circumstance. In this limited instance, plaintiff shall not be required to mail a copy to defense counsel. Defense counsel shall obtain a copy of the exhibits from the court's CM/ECF docket.

The Clerk shall mail a copy of this order to Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk