UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:14-CV-0178-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 20, 2015 |
| | ) | |
| N. YOUNG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On May 8, 2015, the court granted plaintiff an extension of his copywork credit in the amount of $10.00 in order for plaintiff to file exhibits A-M to his motion for summary judgment (#38) and his opposition to defendants' motion for summary judgment (#44). Plaintiff has now filed a motion for reconsideration of that order asking for "$100 or at least $50 or $30" more in copywork because $10.00 was not enough to copy all of the exhibits (#53). Plaintiff's motion for reconsideration is **DENIED without prejudice**.

Plaintiff shall review the 149 pages of exhibits attached to defendants' motion for summary judgment (#36) and compare them to the exhibits A-M. Plaintiff shall then file a report with the court on or before **Wednesday, May 27, 2015** identifying each and every page of every individual exhibit plaintiff wishes to submit to the court and the number of pages of each exhibit. Plaintiff shall also identify the exact number of non-duplicative pages remain to be copied in this group of exhibits. To the extent any of plaintiff's exhibits are duplicative of defendants' exhibits, they need not be resubmitted to the court.

Defendants' second motion for enlargement of time (#52) is **GRANTED**. Defendants' reply to plaintiff's opposition to motion for summary judgment shall be due on or before **Monday, June 8, 2015** or ten days following the filing of plaintiff's exhibits, whichever date is later.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
Deputy Clerk