# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No.: 3:14-CV-00178-RCJ-VPC |
| Plaintiffs, | |
| vs. | **ORDER** |
| N. YOUNG, *et al.*, | |
| Defendants. | |

    Presently before the Court is Plaintiff's Motion Requesting Trial Date (ECF #99). The Court granted the parties Stipulation Regarding Trial Date (ECF #96) continuing the trial in this matter to October 24, 2016. On July 22, 2016, Magistrate Judge Foley held a global settlement conference, no settlement was reached and the stay pending global settlement negotiations was lifted. (ECF #98). The jury trial in this matter was not cancelled or vacated due to the scheduling of the global settlement conference. Accordingly,

    IT IS HEREBY ORDERED that the Plaintiff's Motion Requesting Trial Date (ECF #99) is DENIED.

    IT IS FURTHER ORDERED that the Jury Trial is set for Monday, October 24, 2016 at 09:00 A.M., in Reno Courtroom 6, and Calendar Call is set for Tuesday, October 11, 2016 at 10:00 A.M. in Reno Courtroom 6, before Judge Robert C. Jones.

    IT IS SO ORDERED this 24th day of August, 2016.

ROBERT C. JONES
District Judge