ADAM PAUL LAXALT
Attorney General
BENJAMIN R. JOHNSON
Deputy Attorney General
Nevada Bar No. 10632
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: 775-684-1254
Email: BJohnson@ag.nv.gov

*Attorneys for Defendants Renee Baker,
James "Greg" Cox, William Moore,
April Witter, and Nissel Young*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>                    Plaintiff,<br><br>v.<br><br>N. YOUNG, et al.<br><br>                    Defendants. | Case No. 3:14-cv-00178-RCJ-VPC<br><br>**MOTION TO PRODUCE INMATE LAUSTEVEION JOHNSON FOR TRIAL** |

Defendants, Renee Baker, James "Greg" Cox, William Moore, April Witter, and Nissel Young, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby file this Motion to Produce Inmate Lausteveion Johnson for Trial. This motion is supported by the following memorandum of Points and Authorities and all papers and pleadings on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION**

The above-captioned case is scheduled for trial at the Bruce R. Thompson United States Courthouse in Reno, Nevada, to begin on October 24, 2016. Mr. Johnson is currently incarcerated at Southern Desert Correctional Center (SDCC) in the custody of the Nevada Department of Corrections (NDOC). The NDOC intends to temporarily transfer Plaintiff Lausteveion Johnson (#82138) (Mr. Johnson) to a correctional facility that is geographically closer to the courthouse for trial. The NDOC requires an order from this Court to make this transfer and produce Mr. Johnson for trial.

## II. ARGUMENT

Inmate transportation is governed by the Nevada Revised Statutes and NDOC Administrative Regulations. *See* NRS 209.274 ("when an offender is required or requested to appear before a court in this state, the Department shall transport the offender to and from court on the day[s] scheduled for his or her appearance").

In order for the NDOC's transportation authority to be fully compliant with applicable law and regulations, Defendants respectfully request an Order from this Court directing the NDOC to:

1. Temporarily transfer Mr. Johnson to a northern correctional institution that is suitable for his custody level, has available housing units, and is geographically closer to Reno, Nevada than SDCC for the purpose of trial in the above-referenced case;

2. Produce Mr. Johnson at the Bruce R. Thompson United States Courthouse, 400 South Virginia Street, Reno, Nevada 89501 on the dates and times of trial in the above-referenced case; and

3. Make any other necessary arrangements to ensure that Mr. Johnson remains physically present at the Bruce R. Thompson United States Courthouse, 400 South Virginia Street, Reno, Nevada 89501 on the dates and times of trial in the above-referenced case.

Defendants have attached a proposed order to this motion as Exhibit A. The NDOC will ensure that Mr. Johnson is transferred in compliance with the Court's Order. Defendants also request that Mr. Johnson be transferred with his legal property in order to ensure the speedy adjudication of his claims.

## III. CONCLUSION

Defendants request the Court execute and issue the attached proposed Order, thereby securing Mr. Johnson's physical presence at trial.

DATED this 22nd day of September, 2016.

    ADAM PAUL LAXALT
    Attorney General

    By: /s/ Benjamin R. Johnson
        BENJAMIN R. JOHNSON
        Deputy Attorney General
        Bureau of Litigation
        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of September, 2016, I caused to be deposited for mailing, a true and correct copy of the foregoing, **MOTION TO PRODUCE INMATE LAUSTEVEION JOHNSON FOR TRIAL**, to the following:

LAUSTEVEION JOHNSON #82138
SOUTHERN DESERT CORRECTIONAL CENTER
P. O. BOX 208
INDIAN SPRINGS, NV 89070

_____
An employee of the
Office of the Attorney General

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

# EXHIBIT A

## PROPOSED ORDER TO PRODUCE INMATE FOR TRIAL

# EXHIBIT A

1 ADAM PAUL LAXALT
Attorney General
2 BENJAMIN R. JOHNSON
Deputy Attorney General
3 Nevada Bar No. 10632
Bureau of Litigation
4 Public Safety Division
100 N. Carson Street
5 Carson City, NV 89701-4717
Tel: 775-684-1254
6 Email: BJohnson@ag.nv.gov

7 *Attorneys for Defendants Renee Baker,
James "Greg" Cox, William Moore,*
8 *April Witter, and Nissel Young*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>N. YOUNG, et al.<br><br>　　　　Defendants. | Case No. 3:14-cv-00178-RCJ-VPC<br><br>**ORDER TO PRODUCE<br>INMATE FOR TRIAL** |

Before the Court is Defendants' Motion to Produce Inmate Lausteveion Johnson for Trial. The Court Ordered that the above-captioned case shall proceed to a jury trial at the Bruce R. Thompson Courthouse, 400 South Virginia Street, Reno, Nevada 89501, beginning on December 12. 2016 (ECF No. 96). The Motion to Produce Inmate Lausteveion Johnson for Trial is GRANTED. Accordingly,

IT IS ORDERED that the Nevada Department of Corrections shall temporarily transfer Lausteveion Johnson (#82138) to a northern correctional institution that is suitable for his custody level, has available housing units, and is geographically closer to Reno, Nevada than Southern Desert Correctional Center, Lausteveion Johnson's (#82138) current place of confinement, for the purpose of trial in the above-referenced case;

IT IS FURTHER ORDERED that the Nevada Department of Corrections will transfer Lausteveion Johnson's (#82138) with all of his legal property related to the above-referenced case;

IT IS FURTHER ORDERED that the Nevada Department of Corrections shall produce Lausteveion Johnson's (#82138) at the Bruce R. Thompson Courthouse, 400 South Virginia Street,

1  Reno, Nevada 89501 from 8:30 a.m. until 5:00 p.m., or such other times ordered by the Court, for each
2  day of trial until the trial is concluded; and
3      IT IS FURTHER ORDERED that the Nevada Department of Corrections make any other
4  necessary arrangements to ensure that Lausteveion Johnson's (#82138) remains physically present at the
5  Bruce R. Thompson Courthouse, 400 South Virginia Street, Reno, Nevada 89501 from 8:30 a.m. until
6  5:00 p.m. or such other times ordered by the Court, for each day of trial until the trial is concluded.
7      IT IS SO ORDERED.
8      DATED: This 18th day of October, 2016.

    _____
    UNITED STATES DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717